Argued and submitted March 18, affirmed April 17, 1991

## MID-COUNTY FUTURE
## ALTERNATIVES COMMITTEE,
Peter M. Smith and Dorothy Smith,
*Petitioners,*

*v.*

## PORTLAND METROPOLITAN AREA
## LOCAL GOVERNMENT
## BOUNDARY COMMISSION
and City of Portland,
*Respondents.*

(2296, 2466, 2432;
CA A42257 (Control), A47809, A48434)
(Cases Consolidated)
809 P2d 1359

Gregory W. Byrne, Portland, argued the cause for petitioners. On the briefs was George E. Birnie, Portland.

Michael D. Reynolds, Assistant Solicitor General, Salem, argued the cause for respondent Portland Metropolitan Area Local Government Boundary Commission. With him on the brief were Dave Frohnmayer, Attorney General, Virginia L. Linder, Solicitor General, and Linda DeVries Grimms, Assistant Attorney General, Salem.

Jeffrey L. Rogers, City Attorney, and Adrianne Brockman, Deputy City Attorney, Portland, filed the brief for respondent City of Portland.

Before Richardson, Presiding Judge, and Deits and Riggs, Judges.

PER CURIAM

Affirmed. *Mid-County Future v. Port. Metro. Area LGBC (A47426),* 106 Or App 647, 809 P2d 1354 (1991).